```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSHUA DAVID MARDICE, et al.,                               :
                                                            :
                          Plaintiffs,                       :
                                                            :                 19-CV- 8910 (VSB)
             -against-                                      :
                                                            :                      ORDER
EBONY MEDIA OPERATIONS, LLC, et al.,                        :
                                                            :
                          Defendants.                       :
                                                            :
-------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on September 25, 2019, (Doc. 1), filed an Amended Complaint on October 1, 2019 (Doc. 15), and filed affidavits of service on October 10, 2019, and October 11, 2019 (Docs. 17, 18). The deadline for Defendants to respond to Plaintiffs' complaint was October 30, 2019. (*See* Docs. 17, 18.) To date, Defendants have not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 14, 2020. If Plaintiffs fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). SO ORDERED.

Dated:    November 15, 2019
             New York, New York

                                                     Vernon S. Broderick
                                                   United States District Judge