UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA DAVID MARDICE, JASMINE WASHINGTON, PRESTON NORMAN, CHRISTINA SANTI, SANDEEP SINGH and RICKEY TURNER, on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br>     v.<br><br>EBONY MEDIA OPERATIONS, LLC, CVG GROUP, LLC, MICHAEL GIBSON, in his individual and professional capacities, and ELIZABETH BURNETT, in her individual and professional capacities,<br><br>            Defendants. | Civil Action No.: 1:19-cv-8910-VSB-SN<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

To:    EBONY MEDIA OPERATIONS, LLC
         1700 Post Oak Boulevard, Suite 600
         Houston, Texas 77056

         CVG GROUP, LLC
         1700 Post Oak Boulevard, Suite 600
         Houston, Texas 77056

         MICHAEL GIBSON
         3700 Green Trail N.
         Austin, TX 78731

         ELIZABETH BURNETT
         1901 Post Oak Park Drive, Apt. 3402
         Houston, Texas 77027

      PLEASE TAKE NOTICE the undersigned will move this Court at the United States District Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007 on the _____ day of _____ 20__, before the Honorable Vernon S. Broderick, in Courtroom 518 at _____ a.m./p.m. or as soon thereafter as counsel can be heard for an Order, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for Judgment by Default in Plaintiffs' favor for the relief demanded in the First Amended Complaint.

2

Dated:  May 6, 2020
        New York, New York

**FARUQI & FARUQI, LLP**

By: _____
   Innessa Melamed Huot
   Alex J. Hartzband
   Patrick J. Collopy

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com
ahartzband@faruqilaw.com
pcollopy@faruqilaw.com

*Attorneys for Plaintiffs*