UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA DAVID MARDICE, JASMINE WASHINGTON, PRESTON NORMAN, CHRISTINA SANTI, SANDEEP SINGH and RICKEY TURNER, on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>EBONY MEDIA OPERATIONS, LLC, CVG GROUP, LLC, MICHAEL GIBSON, in his individual and professional capacities, and ELIZABETH BURNETT, in her individual and professional capacities,<br><br>　　　　　　　Defendants. | Civil Action No.: 1:19-cv-8910-VSB-SN<br><br>**[PROPOSED] DEFAULT JUDGMENT** |

　　　　This action having been commenced on September 25, 2019, by the filing of the Summons and Complaint by Plaintiffs Joshua David Mardice, Jasmine Washington, Preston Norman, Christina Santi, Sandeep Singh, and Rickey Turner, a copy of the Summons and Complaint having been served on Defendant, EBONY MEDIA OPERATIONS, LLC, by service on Ms. Samantha Guerra, authorized agent of EBONY MEDIA OPERATIONS, LLC, on October 7, 2019, and on Defendants, CVG GROUP, LLC, MICHAEL GIBSON, and ELIZABETH BURNETT, by service electronically on counsel for Defendants, who advised that he was authorized to accept service, on October 9, 2019, and a proof of service having been filed on October 10, 2019 and October 11, 2019. ECF Nos. 17 to 18.

　　　　Defendants EBONY MEDIA OPERATIONS, LLC, CVG GROUP, LLC, MICHAEL GIBSON, and ELIZABETH BURNETT not having answered the Complaint, and the time for answering the Complaint having expired; and

1

The Clerk's Certificates of Default (ECF Nos. 47 to 50) having been issued on April 4, 2020;

It is hereby ORDERED that the Plaintiffs' motion for a default judgment against Defendants EBONY MEDIA OPERATIONS, LLC, CVG GROUP, LLC, MICHAEL GIBSON, and ELIZABETH BURNETT is hereby GRANTED.

This matter shall be directed for an inquest on damages.

SO ORDERED

Dated:  May ____, 2020
        New York, New York

_____
J. Vernon Broderick
United States District Judge