# MorrisonCohen LLP

Jeffrey P. Englander
Partner
(212) 735-8720
jenglander@morrisoncohen.com

August 19, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

I am in receipt of the parties letters regarding a potential stay due to Chapter 7 Bankruptcy claims filed in the Southern District of Texas. (Docs. 65, 66, 67). I am also in receipt of the proposed case management plan and scheduling order. (Doc. 68.) In the interests of efficiency and judicial economy, the case is stayed for 45 days, or until a decision is made on the motion to dismiss the Chapter 7 Bankruptcy in the Southern District of Texas, whichever time period is shorter. The parties are directed to file a joint letter update in 45 days, or as soon as a decision is made on the motion to dismiss in the Chapter 7 Bankruptcy in the Southern District of Texas. The proposed Case Management Plan will be held in abeyance.

Re:     *Mardice, et al.  v. Ebony Media Operations, LLC. et al.*
        Case No. 19-cv-8910 (VSB)

**SO ORDERED:**

*Vernon Broderick*

HON. VERNON S. BRODERICK   8/31/2020
UNITED STATES DISTRICT JUDGE

Dear Judge Broderick:

As counsel for Defendants in the above-referenced matter, we write at this time in light of the Court's Order and Notice of Initial Conference (ECF Docket No. 64) requiring action of the parties toward the filing of a proposed case management plan and scheduling order. More specifically, in light of filings in the United States Bankruptcy Court for the Southern District of Texas, there are now pending cases bearing Docket Nos. 20-33665 (for Ebony Media Operations, LLC) and 20-33667 (for Ebony Media Holdings, LLC) in the form of Involuntary Petitions each under Chapter 7 of the Bankruptcy Act.

The undersigned and the firm of Morrison Cohen LLP have played no part in these filings, but we are nonetheless aware of each of them, which were apparently filed on July 23, 2020. Upon information supplied to us today and belief, the cases remain pending as of this writing.

Accordingly, we respectfully request that proceedings in this matter be held in abeyance pending the further orders of the Bankruptcy Court or the final disposition of those cases.

We have advised plaintiff's counsel of the foregoing in the latter part of July but only on an informal basis, inasmuch as we have to date received no formal advice of Bankruptcy counsel with respect to these matters.

There have been no prior applications with respect to the relief sought by this letter.

Respectfully submitted,

/s/ Jeffrey P. Englander

JEFFREY P. ENGLANDER

cc:     Innessa M. Huot, Esq., Counsel for Plaintiffs

#9656484 v1 \028430 \0001