# Morrison Cohen LLP

Jeffrey P. Englander<br>
Partner<br>
(212) 735-8720<br>
jenglander@morrisoncohen.com

January 20, 2021

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 1/21/2021

Re:   *Mardice, et al. v. Ebony Media Operations, LLC ("Ebony"), et al.*
        Case No. 19-cv-8910 (VSB)

Dear Judge Broderick:

As counsel for Defendants in the above-referenced matter, we are in receipt of Your Honor's submit this further letter in response to and accordance with Your Honor's Opinion and Order, dated January 15, 2021 (ECF Docket No. 78)(the "Order"), lifting the stay as applicable to the non-debtor Defendants and directing the filing of a new proposed case management plan and scheduling order by on or before January 21, 2021.

Due to the fact that one of the individual Defendants with whom we are obligated to communicate and from whom we are obligated to take direction is currently infected with, afflicted by and receiving treatment for COVID-19, which has prevented this necessary communication, we respectfully seek a continuance of two weeks in which to comply with your Order. We have shared this request with counsel for Plaintiffs who have advised that they do not object to this request.

We thank the Court for its understanding and consideration of this request—counsel's first application of this kind.

Respectfully submitted,

/s/ Jeffrey P. Englander
JEFFREY P. ENGLANDER

cc:   Innessa M. Huot, Esq., Counsel for Plaintiffs

#10017302 v1 \028430 \0001