UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA DAVID MARDICE, JASMINE WASHINGTON, PRESTON NORMAN, CHRISTINA SANTI, SANDEEP SINGH and RICKEY TURNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBONY MEDIA OPERATIONS, LLC, CVG GROUP, LLC, MICHAEL GIBSON, in his individual and professional capacities, and ELIZABETH BURNETT, in her individual and professional capacities,<br><br>Defendants. | Civil Action No.: 1:19-cv-8910-VSB |

## NOTICE OF SETTLEMENT

Please be advised that the parties have an agreement on the basic terms of the Settlement. The parties are working diligently to finalize the remaining terms of the Settlement and look forward to presenting the Settlement to the Court for approval.

Dated: March 19, 2021                                Respectfully submitted,

By:   /s/ Innessa M. Huot

**FARUQI & FARUQI, LLP**
Innessa Melamed Huot
Alex J. Hartzband
Patrick J. Collopy
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: ihuot@faruqilaw.com
           ahartzband@faruqilaw.com
           pcollopy@faruqilaw.com

*Attorneys for Plaintiffs and the FLSA Collective*