```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOSHUE DAVID MARDICE, JASMINE                              :
WASHINGTON, JUAN MIRANDA,                                  :
PRESTON NORMAN, CHRISTINA SANTI,                           :
SANDEEP SINGH and RICKEY TURNER,                           :
                                                           :
                              Plaintiffs,                  :
                                                           :   19-CV-8910 (VSB)
           - against -                                     :
                                                           :        ORDER
                                                           :
EBONY MEDIA OPERATIONS, LLC, CVG                           :
GROUP, LLC, MICHAEL GIBSON, and                            :
ELIZABETH BURNETT,                                         :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  March 22, 2021
        New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge